PROB 12B  
(7/93)

Report Date: December 22, 2008

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 29 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Bang Van Hoang                    Case Number: 2:08CR00191-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 10/10/2003              Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute Marijuana, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 846 and Money Laundering, 18 U.S.C. 1956(a)(1)(B)(I) and 2

Date Supervision Commenced: 6/20/2008

Original Sentence: Prison - 75 Months; TSR - 60 Months

Date Supervision Expires: 6/19/2013

---

### PETITIONING THE COURT

To modify the special conditions of supervision as follows:

2   You shall abstain from illegal controlled substances and alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Bang Hoang was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Hoang has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12-23-08

Tommy Rosser  
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/29/08
Date